Date of Notice: May 17, 2002

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U-FUEL, INC. (NV) | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| HIGHLAND TANK & | : | |
| MANUFACTURING COMPANY, INC., | : | |
| STEEL TANK INSTITUTE, | : | |
| CERTIFIED PETROLEUM | : | |
| TECHNOLOGIES, INC., | : | |
| MODERN WELDING COMPANY | : | NO. 02-2723 |
| OF OHIO, INC. | : | |

## NOTICE

**PLEASE TAKE NOTICE** that a **TELEPHONE CONFERENCE** in the above-captioned matter is **SCHEDULED** for **WEDNESDAY, MAY 22, 2002**, at **2:00 P.M.**, with the Honorable Jan E. DuBois. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at (215) 597-5579. The purpose of the conference is to discuss the status of the case and the pending motion for preliminary injunction and expedited discovery.

Very truly yours,

Jana Caldwell/for
Michael Coyle
Deputy Clerk to
Honorable Jan E. DuBois

cc: Gavin P. Lentz, Esquire - (via facsimile transmission)
　　Gary Gremminger, Esquire - (via facsimile transmission)
　　Abraham Reich, Esquire - (via facsimile transmission)
　　Thomas Cooper, Esquire - (via facsimile transmission)
　　Daniel Wetzel, Esquire - (via facsimile transmission)