IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U-FUEL, INC. (NV) | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| HIGHLAND TANK & | : | |
| MANUFACTURING COMPANY, INC., | : | |
| STEEL TANK INSTITUTE, | : | |
| CERTIFIED PETROLEUM | : | |
| TECHNOLOGIES, INC., | : | |
| MODERN WELDING COMPANY | : | NO. 02-2723 |
| OF OHIO, INC. | : | |

**O R D E R**

      **AND NOW**, this 22nd day of May, 2002, following a telephone status conference with the parties, through counsel, on said date, **IT IS ORDERED** that:

      1.  A Second Telephone Status Conference shall be held on Friday, May 24, 2002, at 10:00 A.M.  Gavin Lentz, Esquire, attorney for plaintiff, shall initiate the telephone conference.  The purpose of the telephone conference is to discuss possible resolution of issues related to plaintiff's Motion for Preliminary Injunction and to schedule further proceedings in the case;

      2.  Local counsel for defendants shall enter appearances on or before May 23, 2002.  One (1) copy of each entry of appearance shall be served on the Court (Chambers, Room 12613) when the originals are filed; and,

      3.  Attorneys not members of the Bar of this Court who have requested permission to represent defendants in this case shall file and serve Motions for Admission *Pro Hac Vice* on or before June 3, 2002.  One (1) copy of each such Motion shall be served on the Court (Chambers, Room 12613) when the original is filed.  Local counsel shall be responsible for serving counsel not members of the Bar of this Court with copies of this Order and any other Court filings until the Motions for Admission *Pro Hac Vice* are decided.

**IT IS FURTHER ORDERED** with respect to defendant, Certified Petroleum Technologies, Inc., as follows:

1. Counsel shall file and serve a notice of dismissal of the action against Certified Petroleum Technologies, Inc., on or before June 3, 2002. The notice of dismissal shall set forth the details of the dismissal and shall include copies of all documents relating to the dismissal;

2. Any objections to the dismissal of Certified Petroleum Technologies, Inc., shall be filed and served on or before June 10, 2002; and,

3. One (1) copy of the notice of dismissal and any objections shall be served on the Court (Chambers, Room 12613) when the originals are filed.

                                                          **BY THE COURT:**

                                                          _____
                                                          **JAN E. DUBOIS, J.**