IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U-FUEL, INC. (NV) | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| HIGHLAND TANK & | : | |
| MANUFACTURING COMPANY, INC., | : | |
| STEEL TANK INSTITUTE, | : | |
| CERTIFIED PETROLEUM | : | |
| TECHNOLOGIES, INC., | : | |
| MODERN WELDING COMPANY | : | NO.  02-2723 |
| OF OHIO, INC. | : | |

**O R D E R**

**AND NOW**, this 24th day of May, 2002, upon consideration of Plaintiff's Motion for Preliminary Injunction, and related papers, following telephone conferences with the parties, through counsel, on May 22, 2002, and May 24, 2002, **IT IS ORDERED** that a Hearing on Plaintiff's Motion for Preliminary Injunction is **SCHEDULED** for Monday, July 22, 2002, at 10:30 A.M., in Courtroom 12-B, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.  The hearing shall continue from day-to-day until concluded.

**IT IS FURTHER ORDERED** with respect to Plaintiff's Motion for Preliminary Injunction and the Hearing on that Motion:

1. On or before June 13, 2002, defendants shall file and serve responses to the Complaint and Plaintiff's Motion for Preliminary Injunction.  Two (2) copies of each response shall be served on the Court (Chambers, Room 12613) when the originals are filed;

2. In the event the parties decide to serve interrogatories or other written discovery requests, all such discovery requests shall be served on or before May 29, 2002.  The responses to any such discovery shall be served within seven (7) days of service of the requested discovery, but in no event later than June 5, 2002.

All remaining discovery shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, discovery, including, but not limited to, depositions, will be served, noticed and completed on or before July 3, 2002;

3. Plaintiff shall file and serve, not later than 4:00 P.M., on July 10, 2002, (a) proposed findings of fact and conclusions of law, (b) a brief (or supplemental brief) discussing the facts of the case and the applicable law, (c) a witness list, and (d) a proposed order. Two (2) copies of all such documents shall be served on the Court (Chambers, Room 12613) when the originals are filed;

4. Defendants shall file and serve, not later than 4:00 P.M., on July 17, 2002, (a) proposed findings of fact and conclusions of law, (b) a brief (or supplemental brief) discussing the facts of the case and the applicable law, (c) a witness list, and (d) a proposed order. Two (2) copies of all such documents shall be served on the Court (Chambers, Room 12613) when the originals are filed; and,

5. All exhibits which the parties intend to present at the preliminary injunction hearing shall be numbered and exchanged in advance of the hearing. At the commencement of the hearing, the parties shall furnish the Court with two (2) copies of each exhibit and three (3) copies of an exhibit list.

Counsel having reported to the Court that they have not yet received a copy of the first Order issued by the Court in this case, **IT IS FURTHER ORDERED** that plaintiff's counsel shall serve all other attorneys who participated in the telephone conferences of May 22, and May 24, 2002, with copies of this Order and the Order of May 22, 2002.

**BY THE COURT:**

**JAN E. DUBOIS, J.**