IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U-FUEL, INC. (NV) | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| HIGHLAND TANK & MANUFACTURING COMPANY, INC., STEEL TANK INSTITUTE, CERTIFIED PETROLEUM TECHNOLOGIES, INC., MODERN WELDING COMPANY OF OHIO, INC. | : : : : : : | NO. 02-2723 |

**O R D E R**

**AND NOW**, this 20th day of June, 2002, plaintiff, U-Fuel, Inc. (NV), having filed, and the Court having reviewed, Notice of Intention to Dismiss Defendant, Certified Petroleum Technologies, Inc., and there being no objection, and the Notice providing for a dismissal of defendant, Certified Petroleum Technologies, Inc., only, without prejudice, based upon terms in documents attached to the Notice, **IT IS ORDERED** that the action is **DISMISSED WITHOUT PREJUDGE** as to defendant, Certified Petroleum Technologies, Inc., **ONLY**. The dismissal is **WITHOUT PREJUDICE** to plaintiff's right to proceed against the remaining defendants.

**IT IS FURTHER ORDERED** that the caption of the case is **AMENDED** so as to **DELETE** reference to Certified Petroleum Technologies, Inc., as a defendant.

BY THE COURT:

JAN E. DUBOIS, J.