IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U-FUEL, INC. (NV) | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| HIGHLAND TANK & | : | |
| MANUFACTURING COMPANY, INC., | : | |
| STEEL TANK INSTITUTE, | : | |
| CERTIFIED PETROLEUM | : | |
| TECHNOLOGIES, INC., | : | |
| MODERN WELDING COMPANY | : | NO.  02-2723 |
| OF OHIO, INC. | : | |

**O R D E R**

**AND NOW**, this 25th day of July, 2002, upon consideration of the Motion of Defendants, Steel Tank Institute, Highland Tank & Manufacturing Company, Inc., and Modern Welding Company of Ohio, Inc., to Preclude and/or Strike the Testimony of John Knoble, Esquire, and to Disqualify John Knoble, Esquire, as Counsel for Plaintiff U-Fuel, Inc. (Document No.  30, filed July 23, 2002), and plaintiff, through counsel, having agreed to withdraw the testimony of John Knoble, Esquire, given to the Court on July 22 and 23, 2002, by agreement of the parties, **IT IS ORDERED** that the Motion of Defendants, Steel Tank Institute, Highland Tank & Manufacturing Company, Inc., and Modern Welding Company of Ohio, Inc., to Preclude and/or Strike the Testimony of John Knoble, Esquire, and to Disqualify John Knoble, Esquire, as Counsel for Plaintiff U-Fuel, Inc., is **DENIED AS MOOT**.

BY THE COURT:

JAN E. DUBOIS, J.