IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U-FUEL, INC. (NV) | : | CIVIL ACTION |
| vs. | : | |
| HIGHLAND TANK & MANUFACTURING COMPANY, INC., STEEL TANK INSTITUTE, CERTIFIED PETROLEUM TECHNOLOGIES, INC., MODERN WELDING COMPANY OF OHIO, INC. | : | NO.  02-2723 |

**O R D E R**

**AND NOW**, this 4th day of November, 2002, the Court having ruled on Plaintiff's Motion for Preliminary Injunction by separate Memorandum and Order dated November 4, 2002, **IT IS ORDERED** that a Status Conference by telephone is **SCHEDULED** for Wednesday, November 27, 2002, at 11:00 A.M.  Plaintiff's counsel shall initiate the telephone conference.  The purpose of the Status Conference is to address the question of settlement and determine whether reference to a magistrate judge at this stage of the proceedings is appropriate and, if not, to schedule further proceedings.

BY THE COURT:

_____
JAN E. DUBOIS, J.