IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U-FUEL, INC. (NV) | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| HIGHLAND TANK & | : | |
| MANUFACTURING COMPANY, INC., | : | |
| STEEL TANK INSTITUTE, | : | |
| CERTIFIED PETROLEUM | : | |
| TECHNOLOGIES, INC., | : | |
| MODERN WELDING COMPANY | : | NO.  02-2723 |
| OF OHIO, INC. | : | |

**O R D E R**

**AND NOW**, this 22nd day of November, 2002, the Court having scheduled a Status Conference by telephone for November 27, 2002, and the parties having requested at least an additional two (2) weeks to continue their settlement discussions and to determine whether reference to a magistrate judge is appropriate, by agreement of the parties, **IT IS ORDERED** that the Status Conference by telephone scheduled for November 27, 2002, is **CONTINUED** to Monday, December 16, 2002, at 4:30 P.M.  Plaintiff's counsel shall initiate the telephone conference.  The purpose of the Status Conference is to address the question of settlement and determine whether reference to a magistrate judge at this stage of the proceedings is appropriate and, if not, to schedule further proceedings.

                                                **BY THE COURT:**

                                                **JAN E. DUBOIS, J.**