IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U-FUEL, INC. (NV) | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| HIGHLAND TANK & | : | |
| MANUFACTURING COMPANY, INC., | : | |
| STEEL TANK INSTITUTE, | : | |
| CERTIFIED PETROLEUM | : | |
| TECHNOLOGIES, INC., | : | |
| MODERN WELDING COMPANY | : | NO. 02-2723 |
| OF OHIO, INC. | : | |

O R D E R

**AND NOW**, this 16th day of December, 2002, following a telephone conference with the parties, through counsel, on said date, counsel having reported to the Court that the parties are in agreement that settlement conferencing before a United States Magistrate Judge might be of assistance in resolving the case, **IT IS ORDERED** that the case is **REFERRED** to United States Magistrate Judge Thomas J. Rueter for settlement conferencing after January 13, 2003.

**IT IS FURTHER ORDERED** that the parties, through counsel, shall jointly report to the Court in writing (letter to Chambers, Room 12613) with respect to (a) the status of their settlement discussions and (b) the need for further proceedings within seven (7) days of the last settlement conference before United States Magistrate Judge Thomas J. Rueter but in no event later than February 21, 2003. The report need not be filed.

BY THE COURT:

_____
JAN E. DUBOIS, J.