IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U-FUEL, INC. (NV) | : | CIVIL ACTION |
| vs. | : | |
| HIGHLAND TANK & MANUFACTURING COMPANY, INC., STEEL TANK INSTITUTE, CERTIFIED PETROLEUM TECHNOLOGIES, INC., MODERN WELDING COMPANY OF OHIO, INC. | : | NO. 02-2723 |

O R D E R

**AND NOW**, this 23rd day of January, 2003, the parties having reached a settlement in principle after a lengthy settlement conference before United States Magistrate Judge Thomas J. Rueter on January 16, 2003, and the parties, through counsel, having advised that it will take some time to draft the settlement and license agreements, **IT IS ORDERED** that the parties, through counsel, shall jointly report to the Court in writing (letter to Chambers, Room 12613) on or before February 11, 2003, regarding (a) the drafting and execution of the settlement and license agreements and (b) the issuance by the Court of an order dismissing the action with prejudice under Local Civil Rule 41.1(b).

**IT IS FURTHER ORDERED** that, in addition to counsel, a copy of this Order shall be served on United States Magistrate Judge Thomas J. Rueter.

BY THE COURT:

JAN E. DUBOIS, J.