IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U-FUEL, INC. (NV) | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| HIGHLAND TANK & | : | NO. 02-2723 |
| MANUFACTURING CO., INC., et al. | : | |

O R D E R

AND NOW, this 18th day of March, 2003, after a telephone conference call with counsel on March 17, 2003, it is hereby

ORDERED

that another telephone conference call is scheduled for March 31, 2003 at 3:00 p.m. Counsel for defendant shall make arrangements for the call.

If the parties are unable to resolve their differences after the call, all counsel and their clients shall appear in person for a settlement conference before the undersigned on April 22, 2003 at 10:00 a.m.

BY THE COURT:

_____
THOMAS J. RUETER
United States Magistrate Judge

cc: The Honorable Jan E. DuBois
    John M. Augustyn, Esquire
    Gavin P. Lentz, Esquire
    Abraham C. Reich, Esquire
    (Via U.S. Mail)