IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U-FUEL, INC. (NV) : | |
| : | CIVIL ACTION |
| v.           : | |
| : | |
| HIGHLAND TANK & : | NO. 02-2723 |
| MANUFACTURING CO., INC., et al. : | |

O R D E R

AND NOW, this 31st day of March, 2003, after a telephone conference call with counsel, it is hereby

ORDERED

that all counsel and their clients shall appear in person for a settlement conference before the undersigned on Friday, May 23, 2003 at 9:30 a.m.

BY THE COURT:

_____

THOMAS J. RUETER
United States Magistrate Judge

cc:   The Honorable Jan E. DuBois
      John M. Augustyn, Esquire
      Gavin P. Lentz, Esquire
      Abraham C. Reich, Esquire
      (Via U.S. Mail)